# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:22-cr-021-01 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| ALEXANDER VANAR BERISHA | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to the one-count Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in the Bill of Information; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter (Doc. 9). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 9) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to the one-count Bill of Information is **ACCEPTED**;
2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in the Bill of Information;
3. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and
4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 15, 2022 at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**